NICHOLAS A. SIDOTI v. DR. STANLEY S. BERGEN.

September 19, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
JOHN J. KELLEHER, DECEASED.

September 19, 1978. Petition for certification denied.

PALAMARG REALTY CO. v. JOSEPH REHAC.

September 19, 1978. Petition for certification granted.
(See 159 *N. J. Super.* 287)

ANNE SEIDMAN v. IRVING FAIN, M.D.

September 19, 1978. Petition for certification denied.

GEORGE POLYARD v. DAVID TERRY.

September 19, 1978. Petition for certification granted.
(See 160 *N. J. Super.* 497)

STATE OF NEW JERSEY v. WILLIE RABB.

September 19, 1978. Petition for certification denied.